**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON LEE HUMPHREY, | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 7 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 8 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 9 WAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

BRANDON HUMPHREY,                          :
                                           :
              Respondent                   :
                                           :
COMMONWEALTH OF PENNSYLVANIA,              :     No. 10 WAL 2022
                                           :
              Respondent                   :
                                           :
                                           :     Petition for Allowance of Appeal
                                           :     from the Order of the Superior Court
              v.                           :
                                           :
                                           :
BRANDON HUMPHREY,                          :
                                           :
              Petitioner                   :
                                           :
COMMONWEALTH OF PENNSYLVANIA,              :     No. 11 WAL 2022
                                           :
              Respondent                   :
                                           :
                                           :     Petition for Allowance of Appeal
                                           :     from the Order of the Superior Court
              v.                           :
                                           :
                                           :
BRANDON LEE HUMPHREY,                      :
                                           :
              Petitioner                   :
                                           :
COMMONWEALTH OF PENNSYLVANIA,              :     No. 12 WAL 2022
                                           :
              Respondent                   :
                                           :
                                           :     Petition for Allowance of Appeal
                                           :     from the Order of the Superior Court
              v.                           :
                                           :
                                           :
BRANDON HUMPHREY,                          :
                                           :
              Petitioner                   :
                                           :
COMMONWEALTH OF PENNSYLVANIA,              :     No. 13 WAL 2022
                                           :
              Respondent                   :
                                           :

[6 WAL 2022, 7 WAL 2022, 8 WAL 2022, 9 WAL 2022, 10 WAL 2022, 11 WAL 2022, 12
WAL 2022, 13 WAL 2022, 14 WAL 2022 and 15 WAL 2022] - 2

|  |  |
|---|---|
| v. | : Petition for Allowance of Appeal |
|  | : from the Order of the Superior Court |
|  | : |
|  | : |
| BRANDON LEE HUMPHREY, | : |
|  | : |
| Petitioner | : |
|  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 14 WAL 2022 |
|  | : |
| Respondent | : |
|  | : Petition for Allowance of Appeal |
|  | : from the Order of the Superior Court |
| v. | : |
|  | : |
|  | : |
| BRANDON HUMPHREY, | : |
|  | : |
| Petitioner | : |
|  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 15 WAL 2022 |
|  | : |
| Respondent | : |
|  | : Petition for Allowance of Appeal |
|  | : from the Order of the Superior Court |
| v. | : |
|  | : |
|  | : |
| BRANDON HUMPHREY, | : |
|  | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.